UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROTECT THE PUBLIC'S TRUST,

Plaintiff,

v.

U.S. DEPARTMENT OF TREASURY,

Defendant.

Civil Action No. 24-3449 (JMC)

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: February 23, 2026

*/s/ Karin Sweigart ("By Permission")*
Karin Sweigart
DHILLON LAW GROUP, INC.
177 Post Street Suite 700
San Francisco, CA 94108
415-433-1700
Email:Ksweigart@dhillonlaw.com

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   */s/ Erika Oblea*
ERIKA OBLEA, D.C. Bar #1034393
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street, N.W.
Washington, DC 20530
(202) 252-2567
Erika.oblea@usdoj.gov

*Counsel for Defendant*